## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,<br><br>　　　　Plaintiff,<br>vs.<br><br>Jay Hawk Mechanical, Inc.<br><br>　　　　Defendant. | Civil No.: 11-553 (RHK /FLN)<br><br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 8), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2011

　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　United States District Judge